UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND SHERMAN, SR.,<br><br>Petitioner,<br><br>v.<br><br>DIRECTOR OF CORRECTIONS,<br><br>Respondent. | Case No. 2:19-cv-10827-SVW-JC<br><br>~~(PROPOSED)~~<br><br>JUDGMENT |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus and this action are dismissed.

IT IS SO ADJUDGED.

DATED: March 18, 2021

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE